IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 5-16-04167-RNO |
| | ) | |
| Clarence R. Yeagley & Linda H. Yeagley, | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | _____ |
| | ) | |
| First National Bank of Pennsylvania s/b/m/t Omega Bank, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Clarence R. Yeagley & Linda H. Yeagley, Debtors; and William G. Schwab, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF COURT

Upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of First National Bank of Pennsylvania s/b/m/t Omega Bank, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is granted and the automatic stay is terminated as it affects the interests of Movant in the real property and improvements thereon commonly known as 44 Sycamore Drive, Drums, PA 18222.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: November 18, 2016